# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## JS - 6

## CIVIL MINUTES - GENERAL

| Case No. | SACV 12-01270-CJC(MLGx) | | Date | January 31, 2013 |
|---|---|---|---|---|
| Title | Tuan Tran v. Attention Funding Trust, et al | | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION AND NOT COMPLYING WITH THE COURT'S ORDER

Plaintiff filed this action on August 7, 2012.  On January 15, 2013, the Court issued a  minute order which ordered plaintiff to show cause in writing on or before January 29, 2013 why this action should not be dismissed for lack of prosecution.  Plaintiff has failed to respond to the Court's Order.

Therefore, the Court ORDERS that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | mu | |